UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

        Plaintiffs,

  v.

GENKI NOW LLC,

        Defendants.

Case No. 21-cv-07911-SI   (SI)

**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT**

The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof (3/7/2022), that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: December 6, 2021

_____
SUSAN ILLSTON
United States District Judge